Van Dewater, *appellant, vs.* Kelsey, *respondent.*

It rests in the discretion of the court of original jurisdiction to grant, continue, or dissolve a temporary injunction; and therefore a determination upon such a matter is not the subject of appeal to this court.

On a bill filed by Van Dewater, a temporary injunction was issued, restraining the defendant from selling the property in controversy pending the litigation. In December last, after the defendant had answered the bill, the supreme court made an order dissolving the injunction; from which order the complainant appealed to this court.

*S. Mathews,* for the respondent, moved to dismiss the appeal, on the ground that an appeal would not lie in such a case. He cited 16 *Wend.* 369; 1 *Comst.* 43; 4 *John.* 510; 4 *Wend.* 173; 1 *Paige,* 97; 3 *John.* 566; 2 *Story's Eq.* §§ 863, 959,(a.); 3 *Daniel's Ch. Pr.* 1833, ch. 35, § 3.

*N. Hill, Jr.* for the appellant, cited 16 *Wend.* 373; 26 *id.* 152

Bronson, J. The granting, continuing and dissolving of temporary injunctions rests in the discretion of the court of original jurisdiction; and we think an appeal will not lie from the order dissolving this injunction.

Motion granted.